☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>SPECTRUM CUSTOM DESIGNS, INC.<br>5401 OPPORTUNITY COURT<br><br>HOPKINS    MN    55343-9025 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2009**<br>Form 1099-MISC<br>4 Federal income tax withheld<br>$ | **Miscellaneous Income**<br><br>Copy B<br>For Recipient |
|---|---|---|---|
| PAYER'S federal identification number<br>41-1596129 | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name<br><br>CR QUALITY PAINTER LLC<br>Street address (including apt. no.)<br>2800 SELKIRK DRIVE APT 101B<br>City, state, and ZIP code<br>BURNSVILLE    MN    55337 | 7 Nonemployee compensation<br>$    9103.00<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State Income<br>$<br>$ |

Form **1099-MISC**    (keep for your records)    Department of the Treasury - Internal Revenue Service
DAA

EXHIBIT
H

SCD000263